No. 729. RATNER v. CALIFORNIA. Super. Ct. Cal., County of Los Angeles. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Redrup* v. *New York*, 386 U. S. 767. *Richard A. Lavine* for petitioner. *Thomas C. Lynch*, Attorney General of California, *Gordon Ringer*, Assistant Attorney General, and *Evelle J. Younger* for respondent.

No. 738. HART ET AL. v. FEDERAL RESERVE BANK OF ATLANTA. C. A. 6th Cir. Motion to supplement record granted. Certiorari denied. *Fyke Farmer* for petitioners. *Solicitor General Griswold, Assistant Attorney General Weisl, John C. Eldridge* and *Robert C. Mc-Diarmid* for respondent.

No. 912. HOFFA ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Morris A. Shenker, Joseph A. Fanelli, Jacques M. Schiffer, Cecil D. Branstetter, Harold E. Brown* and *Daniel B. Maher* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 890. GILBERT ET AL. v. CASE ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Robert L. Bobrick* for petitioners. *George A. Raftery* and *Edmund C. Grainger, Jr.*, for respondents.

No. 900. REBENSTORF v. ILLINOIS. Sup. Ct. Ill. Motion to dispense with printing petition granted. Certiorari denied. *Walter R. Stewart* for petitioner.